IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHEL TENNYSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-00661-K-BT |
| | § | |
| LOANCARE LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 5, 2026 (ECF No. 32). Plaintiff's Objections were filed on February 9, 2026 (ECF No. 33), and Defendant's Response to Plaintiff's Objections were filed on February 23, 2026 (ECF No. 35).

The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are OVERRULED, and the Court adopts as the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Plaintiff's Complaint (ECF No. 3) is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

**Signed February 25th, 2026.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE